# Court of Appeals
# of the State of Georgia

ATLANTA, March 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0960. HERLINA JOYNER v. THE STATE.**

Herlina Joyner was convicted of theft by taking. In August 2024, Joyner filed a motion to vacate a void sentence, arguing that her sentence fell outside the statutory maximum. The trial court denied the motion on September 20, 2024. On October 16, 2024, Joyner filed a motion for reconsideration, which the court denied on November 25, 2024. Joyner then filed a notice of appeal in the trial court on December 30, 2024.

The State has filed a motion to dismiss the appeal, arguing that it is untimely. We agree.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). A motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's November 25 order is not appealable. *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. And because Joyner's notice of appeal was filed 101 days after the trial court's September 20 order, it is untimely as to that order. See OCGA § 5-6-38 (a).

For these reasons, the State's motion to dismiss is GRANTED and Joyner's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/04/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*